

**U.S. Department of Homeland Security**
# UNITED STATES SECRET SERVICE

JUL 2 5 2019

**REGISTERED MAIL**

Richard Elem, Esq.
Law Offices of Jan Meyer & Assoc., P.C.
1029 Teaneck Road
Second Floor
Teaneck, NJ 07666

| | |
|---|---|
| Re: | GEICO Claim 0509535540101020 |
| Date of Accident: | September 23, 2016 |
| Secret Service File No. | 108-809-306081 |

Dear Mr. Elem:

We are in receipt of your letter dated June 20, 2019 requesting reconsideration of our final denial of the above referenced claim.

Preliminarily, we note that the authority cited, 39 C.F.R. 912.9(b), applies to the U.S. Postal Service, not the U.S. Secret Service. However, we have reviewed the facts and circumstances of this accident again. We again note that the physical damage to the vehicles shows that your insured struck our vehicle as it was merging into our vehicle's lane, because she failed to yield to our vehicle. Therefore, we have confirmed that the denial of your claim was proper.

Please be advised that if you are dissatisfied with this denial, you may institute suit in the appropriate Federal district court under the Federal Tort Claims Act no later than six (6) months from the date of this letter.

If you have any questions regarding the foregoing, you may contact Attorney-Advisor Michael Noyes at (202) 406-6896.

Sincerely,

William J. Callahan
Deputy Director

**RE 001 641 646 US**