USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
GEICO GENERAL INSURANCE COMPANY, :
:
Plaintiff, : **ORDER OF DISMISSAL**
:
-v- : 19-CV-8544 (JLC)
:
UNITED STATES OF AMERICA, :
:
Defendant. :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has been informed by the mediator from the Court-annexed Mediation Program that the parties have reached a settlement in this case. Dkt. No. 20. Accordingly, it is hereby ORDERED that the above-entitled action is dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. Any application to reopen filed thereafter may be denied solely on that basis. The initial pretrial conference scheduled for February 10, 2020 is adjourned *sine die*.

The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: January 22, 2020
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge